UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60049-RAR

**JULIO RODRIGUEZ,** *and all others similarly situated*,

    Plaintiff,

v.

**GERONIMOS GRILL, INC.,** *et al.*,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice [ECF No. 13] ("Joint Motion").

## BACKGROUND

On January 9, 2020, Plaintiff filed his Complaint [ECF No. 1], alleging Defendants failed to pay him overtime wages in violation of the Fair Labor Standards Act ("FLSA"). *See generally* Compl. Without filing an answer to the Complaint, Defendants filed the Motion before the Court contemporaneously with the parties' Settlement Agreement [ECF No. 13-2] ("Agreement").

According to the Agreement, the parties agreed to resolve this dispute for $10,000, allocated as follows: $3,250.00 to Plaintiff less applicable withholding as unpaid wages; $3,250.00 to Plaintiff as liquidated damages; and $3,500.00 to Plaintiff's counsel for reasonable attorneys' fees and costs. The Agreement does not contain a confidentiality provision.

## ANALYSIS

Before the Court can approve a settlement of FLSA claims, it must scrutinize the settlement and determine that it is a "fair and reasonable resolution of a bona fide dispute over FLSA

provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). If the settlement reflects a reasonable compromise over FLSA issues that are actually in dispute, the Court may approve the settlement "to promote the policy of encouraging settlement in litigation." *Lynn's Food Stores*, 679 F.2d at 1354. Upon review of the record and the parties' documented basis for settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel, the Court finds that settlement of this action is fair and reasonable, and the requested fee is fair and reasonable and not grossly excessive.

## CONCLUSION

Based upon the foregoing analysis, as well as a review of the record and the parties' documented basis for settlement of the instant FLSA case, the Court can approve the Agreement. Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion [ECF No. 13] is **GRANTED**. The Agreement [ECF No. 13-2] is **APPROVED**. Plaintiff's claims against Defendants are **DISMISSED** *with prejudice*. Any class allegations raised in Plaintiff's Complaint are **DISMISSED** *without prejudice*. The Court **RETAINS** jurisdiction to enforce the terms of the Agreement. Any pending motions are **DENIED as moot**. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of March, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**